IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.      Case No. 17-cv-422-wmc

DENNIS M. RIEMENAPP,
and CLARE BANK, N.A., CNH
INDUSTRIAL CAPITAL AMERICA, LLC,

    Defendants.

## ENTRY OF DEFAULT

Plaintiff United States of America requests that the Clerk of Court enter default, pursuant to Fed. R. Civ. P. 55(a), against the following Defendants:

Dennis M. Riemenapp
CNH Industrial Capital America, LLC

It appearing from the record that said Defendants have failed to appear, plead, or otherwise defend, the default against Defendants is hereby entered pursuant to Fed. R. Civ. P. 55(a).

Dated this  24th  day of   August    , 2017.

                                                   s/L. Kamke, Deputy Clerk
                                                 PETER OPPENEER
                                                 Clerk of Court
                                                 United States District Court
                                                 Western District of Wisconsin